**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Patricia Born Vanderheyden ) | Chapter 7 |
| ) | Case No. 09-51805-SCS |
| ) | |
| Debtor. ) | |

**TRUSTEE'S REPORT OF DEPOSIT OF A SMALL DIVIDEND**

David R. Ruby, Chapter 7 trustee (the "Trustee") for the bankruptcy estate of Patricia Born Vanderheyden (collectively, the "Debtor"), hereby respectfully submits the following report on the deposit of a small dividend:

Pursuant to Fed. R. Bankr. P. 3010, the Trustee mailed to the Clerk of the United States Bankruptcy Court on March 2, 2011, a check in the amount of $.57 constituting the dividend owed to the following creditor in this case:

> American Express Centurion Bank
> c/o Becket and Lee LLP
> POB 3001
> Malvern PA  19355-0701
> (Claim #000006)

>> Respectfully submitted,
>>
>>     /s/David R. Ruby
>> David R. Ruby
>> Chapter 7 Trustee

Date of Report:  March 2, 2011

---

David R. Ruby, Esquire (VSB# 22703)
Chapter 7 Trustee
DurretteCrump PLC
Post Office Box 1463 (23218)
11 South 12th Street
Richmond, Virginia 23219
Telephone: (804) 783-6811
Facsimile: (804) 782-2130
E-mail: druby@mcsweeneycrump.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2011, a true and accurate copy of the foregoing Report of Deposit of Small Dividends was served by first class U.S. Mail (postage prepaid), via e-mail or via the Electronic Case Filing (ECF) system, as appropriate and as indicated, on the following parties:

Kenneth N. Whitehurst, III, Esquire*
Office of the United States Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, Virginia 23510
[USTPRegion04.NO.ECF@usdoj.gov]

Stephen A. Dunnigan, Esquire*
Dunnigan & Messier, P.C.
305 Main Street
Newport News, Virginia 23601
[Debtor's Counsel]

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA  19355-0701
[Claimant]

                                                          /s/ David R. Ruby
                                                             David R. Ruby

[* Indicates service by ECF or e-mail.  All others served by first class U.S. Mail, postage prepaid.]